HALL HUGUENIN LLP
HOWARD D. HALL, State Bar No. 145024
  hhall@hhlawyers.com
MACEY A. CHAN, State Bar No. 258470
  mchan@hhlawyers.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANTONIA DIAZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>NATIONSTAR MORTGAGE LLC; CLEAR RECON CORP; and DOES 1-10, Inclusive,<br><br>            Defendants. | CASE NO.  **'17CV1607 MMABGS**<br><br>[Formerly San Diego Superior Court Case No. 37-2017-00026676-CU-OR-NC]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC PURSUANT TO 28 U.S.C. §§ 1331, 1441, 1446**<br><br>Action Filed:      July 21, 2017<br>Action Removed: August 8, 2017<br>TRIAL DATE:    None Set |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Nationstar Mortgage LLC ("Nationstar") hereby removes the above-captioned action from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California and states as follows:

/ / /

/ / /

## I.       STATEMENT OF THE CASE

1.       July 21, 2017, Plaintiff Maria Antonia Diaz ("Plaintiff") commenced the action in the Superior Court of California, San Diego County, entitled *Maria Antonia Diaz v. Nationstar Mortgage LLC, et al.*, Case No. 37-2017-00026676-CU-OR-NC ("State Court Action").  A true and correct copy of the Summons, Civil Case Cover Sheet, Notice of Case Assignment, Proof of Service of Summons, and Complaint are attached hereto as Exhibit A.

2.       On July 25, 2017, Plaintiff claimed to have served the Complaint on Nationstar via U.S. Mail and with an Acknowledgment of Receipt of Service.[1] Consequently, this Notice of Removal is being filed within 30 days of alleged service of the Complaint on Nationstar.  Removal, therefore, is timely in accordance with 28 U.S.C. §1446(b).

3.       The state court set a Case Management Conference for April 6, 2018.

## II.      FEDERAL QUESTION JURISDICTION

4.       A case may be removed to a federal court if it could have been brought in that federal court originally.  28 U.S.C. § 1441(b); *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 474 (1998).

5.       This Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1331.  Plaintiff directly seeks relief based on the allegations that defendants violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA") by attempting to collect mortgage payments and enforcing a security interest.  *See* Complaint, pp.13-18.

6.       FDCPA is a federal statute, 15 U.S.C. § 1692 *et seq*.  Accordingly, this Court has federal question subject matter jurisdiction.  *See, e.g., U.S. v. Alisal Water Corp.*, 431 F.3d 643, 650 (9th Cir, 2005) ("[S]uits seeking compliance with, or

---

[1] Nationstar is unaware of any proper service on any Defendants and Nationstar has not returned the Acknowledgment of Receipt of Service to Plaintiff's counsel.

1  remedies for, violations of …statutes and regulations present federal questions.");

2  *Rivas v. Napolitano*, 714 F.3d 1108, 1111-12 (9th Cir. 2013) (resolution of claims

3  involving federal regulation provide federal question subject matter jurisdiction);

4  *Franchise Tax Bd. v.  Construction Laborers Vacation Trust*, 463 U.S. 1, 9 (1983)

5  (finding that a case "'arose under' federal law where the vindication of a right under

6  state law necessarily turned on some construction of federal law").

7         7.     Under 28 U.S.C. § 1367(a), the Court has supplemental jurisdiction

8  over any state and common law claims that form part of the same case or

9  controversy and, accordingly, arise out of a common nucleus of operative facts.  *See*

10  *City Chicago v. International College of Surgeons*, 522 U.S. 156, 164-65 (1997).

11  **III.**    **REMOVAL REQUIREMENTS**

12         8.     This notice of removal is filed by Nationstar.  Based on information

13  and belief, the remaining defendants have not been properly served with the

14  Complaint or otherwise appeared in the State Court Action.  Any remaining

15  defendants, including Doe defendants, who remain un-served need not join in this

16  Notice of Removal.  *See Salveson v. Western States Bankcard Ass'n.*, 731 F.2d

17  1423, 1429 (9th Cir. 1984), overruled on other grounds by *Ethridge v. Harbor*

18  *House Restaurant,* 861 F.2d 1389 (9th Cir. 1988).  Therefore, no additional consent

19  is required for removal.  *See Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208,

20  1225 (9th Cir. 2009) ("One defendant's timely removal notice containing an

21  averment of the other defendants' consent and signed by an attorney of record is

22  sufficient.").  Upon information and belief, no other defendants have been named in

23  and served with the Complaint in this matter, and therefore additional consent to this

24  removal is not required.  See *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193

25  n.1 (9th Cir. 1988) (requirement for consent applies "only to defendants properly

26  joined and served in the action").

27  / / /

28  / / /

**HALL HUGUENIN**

NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC

P:\DOCS\Nationstar.Diaz (Maria)\Pleadings\Ntc.Removal.docx

9.      Removal to this district court is proper because this is the district that embraces the county in which Plaintiff filed the state court action.  28 U.S.C. § 1441(a).

10.     As required by 28 U.S.C. § 1446(d), Nationstar will provide written notice of the removal of this action to Plaintiff and to the San Diego Superior Court. A true and correct copy of the written notice to be filed with the San Diego County Superior Court and sent to Plaintiff is attached hereto as Exhibit B.

11.     This Notice of Removal is signed by Nationstar's counsel pursuant to Fed. R. Civ. P. 11.  *See* 28 U.S.C. § 1446(a).

## IV.   **CONCLUSION**

Nationstar respectfully requests that the above action now pending against it in the Superior Court of California, San Diego County be removed to this Court and that this Court assume jurisdiction over the action and determine it on the merits.


DATED:  August 9, 2017              HALL HUGUENIN LLP



                                    By:  _____
                                         Howard D. Hall
                                         Macey A. Chan
                                    Attorneys for Defendant
                                    NATIONSTAR MORTGAGE LLC

NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC
P:\DOCS\Nationstar.Diaz (Maria)\Pleadings\Ntc.Removal.docx

**HALL HUGUENIN**

1

## CERTIFICATE OF SERVICE

2       I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East

3  First Street, 10th Floor, Santa Ana, CA 92705-4052.

4       On August 9, 2017, I served the within document(s) described as:

5  **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC PURSUANT TO 28 U.S.C. §§**

6  **1331, 1441, 1446**

7  on each interested party in this action as stated below:

8  Laleh Ensafi, Esq.
Newport Law, PC

9  3991 MacArthur Blvd. #400
Newport Beach, CA 92660

10  (888) 503-2123; Fax: (888) 503-3123
ensafilaw@gmail.com

11  Attorneys for Plaintiff Maria Antonia Diaz

12      **BY MAIL:** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection

13  and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under

14  that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Santa Ana,

15  California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter

16  date is more than one day after date of deposit for mailing in affidavit.

17      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office

18  of a member of the bar of this Court at whose direction the service was made.

19      Executed on August 9, 2017, at Santa Ana, California.

20

21                _____

22                Rebecca Vogel

23

24

25

26

27

28