1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MARIA ANTONIA DIAZ,<br><br>                                        Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE LLC; and<br>CLEAR RECON CORP.,<br><br>                                        Defendants. | Case No.: 17cv1607-MMA (BGS)<br><br>**ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE LLC'S UNOPPOSED MOTION TO DISMISS**<br><br>[Doc. No. 19] |

11
12
13
14
15
16
17
18

19

20    Plaintiff Maria Diaz ("Plaintiff") filed a Complaint against Defendants Nationstar

21 Mortgage LLC ("Nationstar") and Clear Recon Corp. in the Superior Court for the

22 County of San Diego alleging five causes of action for: (1) violations of the Fair Debt

23 Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692f(6); (2) violations of §§ 1692 *et*

24 *seq.* of the FDCPA; (3) violations of California Civil Code § 2934(a)(1)(A); (4)

25 cancellation of instruments; and (5) violations of California's Unfair Competition Law

26 ("UCL"). *See* Doc. No. 1-2 (hereinafter "Complaint"). On August 9, 2017, Defendants

27 removed the action to this Court. *See* Doc. No. 1. Nationstar moved to dismiss

28 Plaintiff's Complaint, which the Court granted. *See* Doc. Nos. 4, 16. The Court

dismissed Plaintiff's second cause of action with prejudice, but granted Plaintiff leave to amend the remaining claims.  *See* Doc. No. 16.

Plaintiff filed a First Amended Complaint ("FAC") on March 16, 2018, asserting four causes of action for: (1) violations of §1692f(6) of the FDCPA; (2) violations of California Civil Code § 2934(a)(1)(A); (3) cancellation of instruments; and (4) violations of the UCL.  *See* Doc. No. 17.  Nationstar filed a motion to dismiss Plaintiff's FAC on March 30, 2018.  *See* Doc. No. 19.  The Court set the motion for hearing on April 30, 2018, meaning that Plaintiff was required to file a response in opposition to the motion on or before April 16, 2018.  *See* Civ. L.R. 7.1.e.2 (stating that "each party opposing a motion . . . must file that opposition or statement of non-opposition . . . not later than fourteen (14) *calendar* days prior to the noticed hearing").  To date, Plaintiff has not filed an opposition Nationstar's motion to dismiss.

The Ninth Circuit has held that a district court may grant an unopposed motion to dismiss where a local rule permits, but does not require, it to do so.  *See generally, Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).  Here, Civil Local Rule 7.1.f.3.c provides, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."  As such, the Court has the option of granting Nationstar's motion to dismiss on the basis of Plaintiff's failure to oppose, and it chooses to do so.[1]

Generally, public policy favors disposition of cases on their merits.  *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998).  However, a case cannot move forward toward resolution on the merits when the plaintiff fails to defend his or her complaint against a Rule 12 motion.  Thus, this policy lends little support to a party

---

[1]  Plaintiff's failure to comply with the provisions of Civil Local Rule 7.1.e.2 also constitutes a failure to comply with the provisions of this Court's Local Rules, which serves as an additional basis for dismissal under Civil Local Rule 41.1.b.

whose responsibility it is to move a case toward disposition on the merits but whose conduct impedes or completely prevents progress in that direction. *See In re Eisen*, 31 F.3d 1447, 1454 (9th Cir. 1994). In addition, the Court finds dismissal of Plaintiff's claims as to Nationstar pursuant to Civil Local Rule 7.1.f.3.c serves to facilitate the management of its docket.

Accordingly, the Court **GRANTS** Nationstar's unopposed motion and **DISMISSES** Plaintiff's claims against Nationstar without prejudice.[2] The Clerk of Court is instructed to terminate this action as to Nationstar.

**IT IS SO ORDERED.**

Dated: May 1, 2018

HON. MICHAEL M. ANELLO
United States District Judge

---

[2] As such, the Court **DENIES AS MOOT** Nationstar's Request for Judicial Notice. *See* Doc. No. 19-1.